UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
TAWANA MONIQUE CHERRY                    CASE NO. 20-10122
2210 WISE OWL DR                         JUDGE BENJAMIN A. KAHN
MC LEANSVILLE, NC  27301

   DEBTOR

SSN(1) XXX-XX-3141                       DATE: 11/05/2020

---

REPORT OF FILED CLAIMS

---

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | MONTHLY PMT  $1,100.11<br>INT:  .00%<br>NAME ID:  166195<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT:  1421<br>COMMENT:  DT,RERP,CTD,EFF JUL20,220A |
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $6,622.13<br>INT:  .00%<br>NAME ID:  166195<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  1421<br>COMMENT:  ARR THRU FEB20 |
| ALABAMA HOUSING FINANCE AUTHORITY<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $4,398.29<br>INT:  .00%<br>NAME ID:  166195<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  1421<br>COMMENT:  ARR MAR THRU JUN20 |
| BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC<br>% PRA RECEIVABLES MGMT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $536.83<br>INT:  .00%<br>NAME ID:  170594<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT:  2037<br>COMMENT:  COMENITY BANK |
| CREDIT FIRST NA<br>P O BOX 81315<br>CLEVELAND, OH  44181-0315 | $0.00<br>INT:  .00%<br>NAME ID:  69656<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ONE BANK<br>P O BOX 98872<br>LAS VEGAS, NV  89193-8872 | $0.00<br>INT:  .00%<br>NAME ID:  62568<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EAGLES TRACE HOA<br>PRESTIGE MANAGEMENT GROUP<br>1110 DOVER RD STE A<br>GREENSBORO, NC  27408 | MONTHLY PMT  $45.00<br>INT:  .00%<br>NAME ID:  181188<br>CLAIM #:  0019 | (X) SPECIAL-UNSECURED<br><br>ACCT:  4152<br>COMMENT:  ASDU,EFF 1120,1020OR |
| EAGLES TRACE HOA<br>PRESTIGE MANAGEMENT GROUP<br>1110 DOVER RD STE A<br>GREENSBORO, NC  27408 | $360.00<br>INT:  .00%<br>NAME ID:  181188<br>CLAIM #:  0026 | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT:  ARR,MAR THRU OCT 20,1020OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| EAGLES TRACE HOA<br>PRESTIGE MANAGEMENT GROUP<br>1110 DOVER RD STE A<br>GREENSBORO, NC  27408 | $45.00<br>INT: .00%<br>NAME ID: 181188<br>CLAIM #: 0027 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  ARR THRU FEB 20,1020OR |
| FED LOAN SERVICING<br>P O BOX 60610<br>HARRISBURG, PA  17106 | $0.00<br>INT: .00%<br>NAME ID: 146747<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0025 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,295.37<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT:  OC,420A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,204.23<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT:  420A |
| LOCAL GOVERNMENT FED CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 127776<br>CLAIM #: 0008 | (S) SECURED<br>SURRENDERED<br>ACCT: 1301<br>COMMENT:  15NISS,REL |
| MERRICK BANK<br>P O BOX 9201<br>OLD BETHPAGE, NY  11804 | $0.00<br>INT: .00%<br>NAME ID: 5146<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $225.19<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 9457<br>COMMENT:  COMENITY BANK |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $278.03<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 5665<br>COMMENT:  COMENITY/MY PLACE REWARDS |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3141<br>COMMENT: OC |
| PERSONIFY FINANCIAL<br>P O BOX 500650<br>SAN DIEGO, CA  92150 | $0.00<br>INT: .00%<br>NAME ID: 177332<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $677.65<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 7984<br>COMMENT:  VICTORIA SECRET |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $702.03<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 6939<br>COMMENT:  EXPRESS |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $580.31<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 6435<br>COMMENT:  NY&CO |
| SERVI SOLUTIONS<br>P O BOX 242928<br>MONTGOMERY, AL  36124 | $0.00<br>INT: .00%<br>NAME ID: 169198<br>CLAIM #: 0007 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC,DIR |
| SPOTLOAN<br>% BLUECHIP FINANCIAL<br>P O BOX 720<br>BELCOURT, ND  58316 | $0.00<br>INT: .00%<br>NAME ID: 145807<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| TEA OLIVE LLC<br>P O BOX 1931<br>BURLINGAME, CA  94011 | $621.53<br>INT: .00%<br>NAME ID: 178223<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 7138<br>COMMENT:  INDIGO/CELTIC BANK |
| THE BUREAUS INC<br>650 DUNDEE RD STE 370<br>NORTHBROOK, IL  60062-2757 | $0.00<br>INT: .00%<br>NAME ID: 149740<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  COMENITY BANK |
| **TOTAL:** | **$20,743.70** | |
| KENNETH LOVE ESQ<br>KARRENSTEIN AND LOVE<br>SUITE 200<br>10590 INDEPENDENCE POINTE PKWY<br>MATTHEWS, NC  28105 | $4,460.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/05/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice